## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

**vs.**                                                            **CRIMINAL ACTION NO.  3:16CR-136-CRS**

**JAMESY HAVENS (01)**
**DAVID FARNSWORTH (02)**                                                                **DEFENDANTS**

### ORDER

This matter was called in open court on November 8, 2017, for further proceeding. Participating were:

| | |
|---|---|
| For the United States: | Joshua Judd, Assistant United States Attorney |
| For Defendant Havens: | Brian Butler, Retained Counsel |
| For Defendant Farnsworth: | Jonathan Clark Baird, Retained Counsel |

The United States advised the Court that all discovery has been provided, and requested the matter be scheduled for a jury trial.

For the reasons stated on the record, and by agreement of counsel,

**IT IS HEREBY ORDERED** that this matter is **CONTINUED to Friday, January 19, 2018, at 1:30 p.m., for further proceeding.**  Shall the Defendants not enter into plea agreements at that time, matter will be scheduled for a jury trial.

The Defendants are to remain under the terms and conditions of their present bonds pending their appearances at the hearing set by this Order.

Matter was previously declared **COMPLEX** and is, therefore, removed from the time constraints of the Speedy Trial Act.

Dated: November 19, 2017

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:  United States Attorney
United States Probation
Counsel of Record

Court Reporter: April Dowell

Time: 00/05